ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 02 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Janette Bowen, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) FILE NO.: 1:15-cv-04504-ELR-JSA |
| OCWEN LOAN SERVICING, LLC., et al., | ) |
| Defendants | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND

1. COMES NOW the Plaintiff, Janette Bowen, who hereby moves the Court pursuant to Rules 6(b) and 12(a), Fed. R. Civ. P. to extend, until February 20, 2016, the date to oppose the Motions to Dismiss filed by Defendants Ocwen Loan Servicing, et al., Plaintiff respectfully submit the following in support of this motion:

2. Plaintiffs initiated this action seeking, inter alia, a declaration that Defendants' foreclosure practices with respect to Plaintiffs, single-family home are wrongful and illegal.

3. On or about January 6, 2016 Defendants filed a combined motion to dismiss. Plaintiff, however, was not notified by the Clerk of Court, nor did the

Defendants forward copies to Plaintiff putting her on notice that a motion to dismiss had been filed.

4. Plaintiff became aware of Defendants' Motion to Dismiss on February 1, 2016 when she checked the Court docket entry.

5. Plaintiff is pro se and is attempting to litigate this matter without aid of counsel.

6. Defendants have filed extensive combined Motion to Dismiss.

7. No other extensions with regard to this case have been granted or sought.

8. No prejudice will result from the extension of time sought herein, and no rights of the Defendants will be diminished as a result of this brief extension.

9. Accordingly, Plaintiff respectfully requests that her Motion for Extension of time to Defendants combined Motion to Dismiss be granted.

10. Additionally, Plaintiff seeks an Order from the Court directing that all parties, including the Clerk of Court, to notify her and direct all court filings to: 4030 Weelaunee Road- Ellenwood, GA 30294

This the 2nd day of February, 2016.

Respectfully submitted,

*Janette Bowen*
Janette Bowen
4030 Weelaunee Road
Ellenwood, GA 30294
404-243-9441

## Certificate of Service

I, the undersigned, certify that I have delivered the foregoing document by U.S. mail prepaid first class to the attorneys or persons located at the addresses below:

**Parties:**

Teresa L. Bailey
Alexander F. Koskey
Baker, Donaldson, Bearman,
Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd, NE
Atlanta, GA 30326

This 2nd day of February, 2016.

*Janelle Bowen*
Janette Bowen
4030 Weelaunee Road
Ellenwood, GA 30294
404-243-9441