United State District Court

Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 9 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Janette Bowen

vs.

Ocwen Loan Servicing, LLC

File No. 1:15-cv-04504-~~ELR~~-ISA

*LMM*

## MOTION TO WITHDRAW LAWSUIT

Now comes Janette P. Bowen to motion that the honorable court withdraw without prejudice

her lawsuit # 1:15-cv-04504-ELR-Jsa. for the following reasons:

I am voluntarily withdrawing this lawsuit without prejudice as of February 20, 2016.

As a pro se litigant, I am seeking legal counsel but understand that I did not use the proper
format for a federal jurisdiction court.

Respectfully submitted,

Janette Bowen

Janette P. Bowen, All rights reserved per UCC 1-308

MAILING CERTIFICATION attached.

FORCLOSURE ESTOPPEL

JANETTE BOWEN ESTATE

Columbia, SC 2920

RONALD M FARIS  CEO
c/o OCWEN LOAN SERVICING
420 Montgomery Street
San Francisco, CA 94104


WEISSMAN NOWACK CURRY & WILCO P.C.
SETH G WEISSMAN Managing Partner
c/o AGT: BLUMENTHAL, NED
3500 Lenox Road
One Alliance Center, 4th Floor
Atlanta, Georgia 30326

WEISSMAN NOWACK CURRY & WICCO P.C.
GEORGE E NOWACK Managing Partner
c/o AGT: BLUMENTHAL, NED
3500 Lenox Road
One Alliance Center, 4th Floor
Atlanta, Georgia 30326
WEISSAN NOWACK CURRY  & WILCO P.C.
c/o MATTHEW F. TOTTEN
3500 Lenox Rd
One Alliance Center, 4th Floor
Atlanta GA30326

I certify that the following parties shall receive a copy of these documents on or before

Date:11/30/2015

*Janette Bowen .*

*JANETTE BOWEN , ALL RIGHTS RESERVED WITHOUT RECOURSE*

OCWEN LOAN SERVICING LLC.
c/o CORPORATION SERVICE COMPANY
40 Technology Parkway Southsuite 300
Norcross, Georgia 30092

OPTION ONE MORTGAGE CORPORATION
c/o   STATE OF GEORGIA SECRETARY OF STATE
Corporation Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334

ROBERT DUBRISH CEO
c/o OPTION ONE MORTGAGE
6501 Irvine Center Drive
Irvine, CA 30361

WELLS FARGO BANK N.A
c/o CORPORATION SERVICE COMPANY
1703 Laurel Street